| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TransMedCare LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0758580** |
| 4. | **Debtor's address** | **Principal place of business**  **123 Atlantic Ave.**  **Suite 101**  **Maitland, FL 32751**  Number, Street, City, State & ZIP Code  **Seminole**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor    **TransMedCare LLC**                                    Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **TransMedCare LLC**            Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
      Contact name
      Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **TransMedCare LLC** _____  Case number (*if known*) _____
     Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **TransMedCare LLC**          Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 28, 2025**
               MM / DD / YYYY

X **/s/ Stephen A. Brainard**                                   **Stephen A. Brainard**
  Signature of authorized representative of debtor          Printed name

Title  **Sole Managing Member**

**18. Signature of attorney**

X **/s/ Justin M. Luna**                                   Date **February 28, 2025**
  Signature of attorney for debtor                              MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800**      Email address **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **TransMedCare LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 96001 Los Angeles, CA 90096 | | Business Credit Card | | | | $23,355.14 |
| Arsenal Funding 15 West 36th Street 11th Floor New York, NY 10018 | | Business Loan | | | | $35,914.28 |
| Bank of America PO Box 17237 Wilmington, DE 19886 | | Business Credit Card | | | | $50,748.25 |
| Bank of America PO Box 17237 Wilmington, DE 19886 | | Busines Credit Card | | | | $19,712.73 |
| Barclays Priceline PO Box 60517 City of Industry, CA 91716 | | Business Credit Card | | | | $23,549.01 |
| Doering 15300 W Capital Drive Brookfield, WI 53005 | | Vehicle Loan | | $155,703.10 | $0.00 | $155,703.10 |
| Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH 45263 | | Business Loan (LOC) | | | | $100,000.00 |
| Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH 45263 | | Business Loan | | | | $44,481.23 |
| Flagstar 100 Duffy Ave. Suite 402 Hicksville, NY 11801 | | Vehicle Loan | | $92,971.20 | $0.00 | $92,971.20 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **TransMedCare LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Flagstar**<br>100 Duffy Ave.<br>Suite 402<br>Hicksville, NY 11801 | | **Vehicle Loan** | | $92,971.20 | $0.00 | $92,971.20 |
| **Florida First**<br>PO Box 4166<br>Tallahassee, FL 32315 | | **Business Loan** | | | | $50,000.00 |
| **Fox Funding**<br>803 S 21st Ave<br>Hollywood, FL 33020 | | **Business Loan** | | | | $79,205.00 |
| **On Deck Capital**<br>1400 Broadway<br>25th Floor<br>New York, NY 10018 | | **Business Loan** | | | | $93,874.22 |
| **Satander**<br>PO Box 660633<br>Dallas, TX 75266 | | **Vehicle Loan** | | $195,313.84 | $0.00 | $195,313.84 |
| **Satander**<br>PO Box 660633<br>Dallas, TX 75266 | | **Vehicle Loan** | | $75,156.51 | $0.00 | $75,156.51 |
| **Satander**<br>PO Box 660633<br>Dallas, TX 75266 | | **Vehicle Loan** | | $52,031.43 | $0.00 | $52,031.43 |
| **Satander**<br>PO Box 660633<br>Dallas, TX 75266 | | **Vehicle Loan** | | $44,461.50 | $0.00 | $44,461.50 |
| **Satander**<br>PO Box 660633<br>Dallas, TX 75266 | | **Vehicle Loan** | | $25,850.16 | $0.00 | $25,850.16 |
| **Satander**<br>PO Box 660633<br>Dallas, TX 75266 | | **Vehicle Loan** | | $25,623.42 | $0.00 | $25,623.42 |
| **U.S. Small Business Admin**<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | | **Personal Property** | | $148,500.00 | $0.00 | $148,500.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re: **TransMedCare LLC**, Debtor(s)

Case No.: 
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephen A. Brainard<br>123 Atlantic Drive<br>Suite 101<br>Maitland, FL 32751 | | 100% | Sole Managing Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **February 28, 2025**

Signature: **/s/ Stephen A. Brainard**
**Stephen A. Brainard**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **TransMedCare LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 28, 2025**

**/s/ Stephen A. Brainard**  
**Stephen A. Brainard**/**Sole Managing Member**  
Signer/Title

TransMedCare LLC - - Pg. 1 of 1

TransMedCare LLC
123 Atlantic Ave.
Suite 101
Maitland, FL 32751

Chase
700 Kansas Lane
Monroe, LA 71203

Satander
PO Box 660633
Dallas, TX 75266

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Stephen A. Brainard
123 Atlantic Drive
Suite 101
Maitland, FL 32751

CT Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

Doering
15300 W Capital Drive
Brookfield, WI 53005

U.S. Small Business Admin
2 North Street
Suite 320
Birmingham, AL 35203

Ally
PO Box 733203
Dallas, TX 75373

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263

American Express
PO Box 96001
Los Angeles, CA 90096

First Bank
1620 Dodge Street
Omaha, NE 68197

Arsenal Funding
15 West 36th Street
11th Floor
New York, NY 10018

Flagstar
100 Duffy Ave.
Suite 402
Hicksville, NY 11801

Bank of America
PO Box 17237
Wilmington, DE 19886

Florida First
PO Box 4166
Tallahassee, FL 32315

Barclays Priceline
PO Box 60517
City of Industry, CA 91716

Fox Funding
803 S 21st Ave
Hollywood, FL 33020

Best Buy
6716 Grade Lane
Building 9
Suite 910
Louisville, KY 40213

On Deck Capital
1400 Broadway
25th Floor
New York, NY 10018

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **TransMedCare LLC**                                                                 Case No.
                                     Debtor(s)                                             Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **26,738.00** |
   | Prior to the filing of this statement I have received | $ **26,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 28, 2025** | **/s/ Justin M. Luna** |
| *Date* | **Justin M. Luna 0037131** |
| | *Signature of Attorney* |
| | **Latham Luna Eden & Beaudine LLP** |
| | **201 S. Orange Avenue** |
| | **Suite 1400** |
| | **Orlando, FL 32801** |
| | **(407) 481-5800  Fax: (407) 481-5801** |
| | **jluna@lathamluna.com** |
| | *Name of law firm* |